■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ADAM A. JAMISON, Appellant, v HAROLD D. GRAHAM, Superintendent, Auburn Correctional Facility, Respondent. [997 NYS2d 662]—Appeal from a judgment (denominated order) of the Supreme Court, Cayuga County (Thomas G. Leone, A.J.), entered August 29, 2013 in a habeas corpus proceeding. The judgment granted the motion of respondent to dismiss and dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court. Present—Centra, J.P., Fahey, Lindley, Sconiers and Whalen, JJ.